1  **ROGER T. NUTTALL  #42500**
   **NUTTALL & COLEMAN**
2  2333 MERCED STREET
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant,
            GARTH NOLI CRANE
6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10                      * * * * * * * *

11 | UNITED STATES OF AMERICA, | Case No.: CR-F-03-5401 OWW |
|---|---|
12 |         Plaintiff, | |
13 |     vs. | **STIPULATION TO CONTINUE MOTIONS HEARING** |
14 | GARTH NOLI CRANE, | Hrg. Date: October 31, 2005 |
15 |         Defendant. | Time: 1:30 a.m.<br>Dept.: The Honorable<br>        OLIVER W. WANGER |

16

17

18      **IT IS HEREBY STIPULATED** by and between the parties herein

19 that the motions hearing currently set for October 31, 2005, be

20 continued for one week, to November 7, 2005.

21      This continuance is requested by counsel for Defendant

22 CRANE, due to the fact that counsel has not had the opportunity

23 to respond to the Government's Notice of Evidence Pursuant to

24 Rule 404(b).

25      Counsel has conferred with Assistant U. S. Attorney, STAN

26 BOONE, who has no objection to this short continuance.

27      DATED: October 28, 2005.

28

```
                              Respectfully submitted,

                              NUTTALL & COLEMAN

                                  /s/ Roger T. Nuttall

                              By: _____
                                    ROGER T. NUTTALL
                                    Attorneys for Defendant
                                    GARTH NOLI CRANE


    SO STIPULATED:

    DATED: October 28, 2005.
                                      /s/ Stan Boone
                                  _____
                                    STAN BOONE
                                    Assistant U. S. Attorney
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: October __28_, 2005.

```
                                  /s/ OLIVER W. WANGER
                                  _____
                                    OLIVER W. WANGER
                                    Judge, U. S. District Court
```

2