# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

| | |
|---|---|
| **United States of America** vs. Garth Noli Crane | 2005 NOV 15 P 12: 50<br>Case No. CR-F 03-5401 OWW<br>EASTERN DIST. OF CALIF<br>AT FRESNO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Garth Noli Crane_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following condition:

You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

All other conditions to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11-9-05        _____  11-9-05
Signature of Defendant   Date          Pretrial Services Officer   Date
Garth Noli Crane                       Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                  11/14/05
Signature of Assistant United States Attorney   Date
Stanley Boone

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  11-9-05
Signature of Defense Counsel           Date
Roger Nuttall

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _____Nov. 14, 2005_____

[ ] The above modification of conditions of release is *not* ordered.

_____                  11/14/05
Signature of Judicial Officer          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services