**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2245 Capitol Street, #150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
            GARTH NOLI CRANE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.: CR-F-03-5401 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| GARTH NOLI CRANE, | Hrg. Date: April 3, 2006 |
| Defendant. | Time: 1:30 p.m.<br>Dept.: The Honorable<br>       OLIVER W. WANGER |

   **IT IS HEREBY STIPULATED** by and between all parties concerned that the Sentencing currently scheduled for April 3, 2006, before the Honorable Judge Oliver W. Wanger, be continued to April 24, 2006, at the hour of 1:30 p.m.

   This continuance is requested by counsel for Defendant CRANE, due to the fact that counsel is currently in a trial in the Fresno County Superior Court which is expected to last through April 14, 2006.

   Counsel has contacted Stan Boone, Assistant U. S. Attorney,
///
///

1  who has no objection to such a continuance.

2      DATED: March 30, 2006.

3

4                                          NUTTALL & COLEMAN

5                                          /s/ Roger T. Nuttall

6                                By: _____

7                                      ROGER T. NUTTALL
                                 Attorneys for Defendant

8                                      GARTH NOLI CRANE

9

10      DATED: March 30, 2006.

11

12                                          /s/ Stan Boone

13                                    _____
                                  STAN BOONE
                              Assistant U. S. Attorney

14

15

16

17

18

19

20

21      IT IS SO ORDERED.

22  **Dated:   April 6, 2006**             **/s/ Oliver W. Wanger**
   emm0d6                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28