UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:03-cr-5401 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| GARTH NOLI CRANE, ) | NOTE AND DEED OF TRUST |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named defendant having been sentenced and completed the required term of incarceration,

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

IT IS SO ORDERED.

**Dated:  July 29, 2006**              /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE